UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| OLETA HUSTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 4:12 CV 1406  RWS |
| | ) | |
| CAROLYN COVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on Oleta Huston's appeal from an adverse

ruling of the Social Security Administration.  Pursuant to 28 U.S.C. § 636(b), this

matter was referred to United States Magistrate Judge Louis M. Blanton who filed

his Report and Recommendation on July 18, 2013.  Judge Blanton recommended

that the Commissioner's decision to deny benefits should be reversed and that this

case should be remanded for further proceedings.

Any objections to Judge Blanton's Report and Recommendation had to be

filed by August 1, 2013.  Neither of the parties has filed an objection as of today's

date.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the

United States Magistrate Judge Louis M. Blanton [#22] is **SUSTAINED,**

**ADOPTED AND INCORPORATED** herein.

      **IT IS FURTHER ORDERED that**, pursuant to sentence-four of 42 U.S.C.

§ 405(g), the decision of the Commissioner is **REVERSED** and the case is

**REMANDED** for further proceedings in accordance with the Report and

Recommendation.


                             _____
                             RODNEY W. SIPPEL
                             UNITED STATES DISTRICT JUDGE

Dated this 27th day of August, 2013.